# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** | **Telephone: (518) 449-2043** | **For payments Only:** |
| **Trustee** | **Facsimile: (518) 449-2473** | **P.O Box 1918** |
| **Bonnie Baker, Esq.** | | **Memphis, TN  38101-1918** |
| **Assoc. Attorney** | | |

October 19, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    03-10809              Marie A. McDonald

To Whom It May Concern:

    Enclosed please find check **#923021** in the amount of **$886.31**. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

        Debtor Refund:      Marie A. McDonald
                        6928 Duanesburg Road
                        Duanesburg, NY 12056

**RECEIVED & FILED**

**OCT 20 2011**

**OFFICE OF THE BANKRUPTCY CLERK**
**ALBANY, NY**

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli